UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Didier DeNier<br><br>　　　　　　Defendant. | NO. CR-12-00496-DMG<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.　( )　On motion of the Government involving an alleged

　　　1.　( )　crime of violence;

　　　2.　( )　offense with a maximum sentence of life imprisonment or death;

　　　3.　( )　narcotic or controlled substance offense with a maximum sentence of ten or more years;

　　　4.　( )　felony - the defendant has been convicted of two or more prior offenses described above.

B.　On motion ( ) by the Government/( ) by the Court sua sponte involving:

Deten.ord

|   |   |   |
|---|---|---|
| | 1. | ( )   a serious risk that defendant will flee; |
| | 2. | ( )   a serious risk that defendant will |
| | | a.   ( )   obstruct or attempt to obstruct justice; |
| | | b.   ( )   threaten, injure or intimidate a prospective witness or juror or attempt to do so. |
| C. | | The Government ( ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community. |

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A.   (✓)   the appearance of the defendant as required;

and/or

B.   ( )   the safety of any person or the community.

## III.

The Court has considered:

A.   (✓)   the nature and circumstances of the offenses;

B.   (✓)   the weight of evidence against the defendant;

C.   (✓)   the history and characteristics of the defendant;

D.   (✓)   the nature and seriousness of the danger to any person or the community.

Deten.ord                                    2

IV.

The Court has considered all the evidence adduced at the hearing, the argument or statements of counsel and the Report of Pre-Trial Services.

V.

The Court finds that:

A. ( ) The defendant poses a risk to the safety of other persons or the community because: _____

_____

_____

_____

B. (✓) The history and characteristics of the defendant indicate a serious risk that the defendant will flee because: no bail resources + future resources are speculative; no stable residence here; prolonged absence from U.S.; no ties here except to ex-wife, a co-∆ w/ whom - at best - not a good relationship; left country after search warrant executed; declined to return to country after being told indictment had been issued

C. ( ) A serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness or juror;

    3. ( ) attempt to threaten, injure or intimidate a witness or juror;

because: _____

_____

Deten.ord

3

...

D.   ( )   The defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

IT IS ORDERED that the defendant be detained prior to trial.

IT IS FURTHER ORDERED that the defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: 12/12/13

*[signature]*
United States Magistrate Judge

Deten.ord